SIDNEY J. COHEN, ESQ., State Bar No. 39023
SIDNEY J. COHEN PROFESSIONAL CORPORATION
427 Grand Avenue
Oakland, CA 94610
Telephone: (510) 893-6682          CHAMBERS COPY

Attorneys for Plaintiff            DO NOT FILE
MICHAEL PAULICK

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL PAULICK | CASE NO. C 09-04686 SBA |
| Plaintiff, | <u>Civil Rights</u> |
| V. | **STIPULATION AND ORDER FOR DISMISSAL** |
| ELISEO OAKS, L.P.; and DOES 1-25, Inclusive, | FRCP section 41 |
| Defendants. | |

Stipulation And Order For Dismissal

Plaintiff Michael Paulick ("Plaintiff") and Defendant Eliseo Oaks, L.P.("Defendant"), by and through their attorneys of record, file this Stipulation of Dismissal pursuant to Federal Rule of Civil Procedure section 41.

Plaintiff filed this lawsuit on October 1, 2009.

Plaintiff and Defendant have entered into a "Mutual Release And Settlement Agreement," which settles all aspects of the lawsuit against Defendant. A copy of the "Mutual Release And Settlement Agreement" is incorporated by reference herein as if set forth in full. The "Mutual Release And Settlement Agreement " states in part that "The court shall retain jurisdiction to enforce the terms of this Settlement Agreement, and this Settlement Agreement shall be incorporated by reference in the Dismissal as if set forth in full."

Plaintiff and Defendant stipulate to the court retaining jurisdiction to enforce the "Mutual Release And Settlement Agreement."

Plaintiff moves to dismiss with prejudice the lawsuit against Defendant.

Defendant, who has answered the complaint, agrees to the dismissal with prejudice.

This case is not a class action, and no receiver has been appointed.

This Stipulation and Order may be signed in counterparts, and facsimile or electronically transmitted signatures shall be as valid and as binding as original signatures.

Wherefore, Plaintiff and Defendant, by and through their attorneys of record, so stipulate.

Date: 2/12/10
          SIDNEY J. COHEN
          PROFESSIONAL CORPORATION

          /s/ Sidney J. Cohen
          _____
          Sidney J. Cohen
          Attorney for Plaintiff
          Michael Paulick

//

| | |
|---|---|
| Date: February 9, 1010 | PARKER & CROSLAND LLP |
| | /s/ C. Royda Crosland |
| | C. Royda Crosland<br>Attorney for Defendant<br>Eliseo Oaks, L.P. |

PURSUANT TO STIPULATION OF THE PARTIES, IT IS SO ORDERED:

The lawsuit against Defendant is dismissed with prejudice. The Court shall retain jurisdiction to enforce the parties' "Mutual Release And Settlement Agreement." All disputes arising out of such agreement are REFERRED to the Chief Magistrate Judge or her designee for determination.

Date: 2/16/10

Saundra Brown Armstrong
United States District Judge